# United States Bankruptcy Court
## District of Minnesota

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **GENEVA MULTI-FAMILY EXCHANGE XIV, LLC** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| **AKA THE FALLS AT TOWNE CROSSING** | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| **26-1926497** | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| **C/O EXCHANGE REALTY INC**<br>**527 MARQUETTE AVENUE SOUTH, SUITE 820**<br>**MINNEAPOLIS, MN**<br>ZIP Code **55402** | ZIP Code |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| **HENNEPIN** | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code | ZIP Code |

| Location of Principal Assets of Business Debtor (if different from street address above): | **1701 TOWNE CROSSING BOULEVARD**<br>**MANSFIELD, TX 76063** |
|---|---|

## Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

### Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

### Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

### Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **GENEVA MULTI-FAMILY EXCHANGE XIV, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ■ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**GENEVA MULTI-FAMILY EXCHANGE XIV, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ MICHAEL L MEYER**
Signature of Attorney for Debtor(s)

**MICHAEL L MEYER 72527**
Printed Name of Attorney for Debtor(s)

**RAVICH MEYER KIRKMAN McGRATH NAUMAN & TANSEY PA**
Firm Name

**4545 IDS CENTER**
**80 SOUTH EIGHTH STREET**
**MINNEAPOLIS, MN 55402-2225**

Address

**Email: mlmeyer@ravichmeyer.com**
**612-332-8511  Fax: 612-332-8302**
Telephone Number

**July 5, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ DUANE H. LUND**
Signature of Authorized Individual

**DUANE H. LUND**
Printed Name of Authorized Individual

**CHIEF MANAGER**
Title of Authorized Individual

**July 5, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## District of Minnesota

In re **GENEVA MULTI-FAMILY EXCHANGE XIV, LLC**
Debtor(s)

Case No.
Chapter **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ____.

2. The following financial data is the latest available information and refers to the debtor's condition on **MAY 31, 2011**.

   a. Total assets     $ **25,290,000.00**

   b. Total debts (including debts listed in 2.c., below)     $ **24,339,000.00**

   c. Debt securities held by more than 500 holders:

   Approximate number of holders:

   | | | | | | |
   |---|---|---|---|---|---|
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |

   d. Number of shares of preferred stock     0     0

   e. Number of shares common stock     0     0

   Comments, if any:

3. Brief description of Debtor's business:
   **96.27683% INTEREST IN THE FALLS, AN APARTMENT COMPLEX**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **100% OWNED BY GENEVA EXCHANGE, INC.**
   **(100% OWNED BY DUANE LUND)**

# United States Bankruptcy Court
## District of Minnesota

In re  **GENEVA MULTI-FAMILY EXCHANGE XIV, LLC**                       Case No.
                                         Debtor(s)                     Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **DIRECT ENERGY**<br>**909 LAKE CAROLYN PKWY STE 1100**<br>**IRVING, TX 75039-3810** | **DIRECT ENERGY**<br>**909 LAKE CAROLYN PKWY STE 1100**<br>**IRVING, TX 75039-3810** | **GOODS AND SERVICES** | | **5,101.30** |
| **REDI CARPET**<br>**P O BOX 971442**<br>**DALLAS, TX 75397** | **REDI CARPET**<br>**P O BOX 971442**<br>**DALLAS, TX 75397** | **GOODS AND SERVICES** | | **4,364.16** |
| **EARTHWORKS INC**<br>**P O BOX 419**<br>**LILLIAN, TX 76061** | **EARTHWORKS INC**<br>**P O BOX 419**<br>**LILLIAN, TX 76061** | **GOODS AND SERVICES** | | **3,045.31** |
| **SCHAECHER, CYNTHIA**<br>**UNIT 1513**<br>**1701 TOWNE CROSSING BLVD**<br>**MANSFIELD, TX 76063** | **SCHAECHER, CYNTHIA**<br>**UNIT 1513**<br>**1701 TOWNE CROSSING BLVD**<br>**MANSFIELD, TX 76063** | **GOODS AND SERVICES** | | **3,001.18** |
| **REPUBLIC SERVICE**<br>**18500 N ALLIED WAY**<br>**PHOENIX, AZ 85054** | **REPUBLIC SERVICE**<br>**18500 N ALLIED WAY**<br>**PHOENIX, AZ 85054** | **GOODS AND SERVICES** | | **2,077.20** |
| **MORGAN, MICHELLE**<br>**1701 TOWNE CROSSING BLVD**<br>**MANSFIELD, TX 76063** | **MORGAN, MICHELLE**<br>**1701 TOWNE CROSSING BLVD**<br>**MANSFIELD, TX 76063** | **GOODS AND SERVICES** | | **1,500.00** |
| **TLC CARPET CLEANING INC**<br>**P O BOX 295607**<br>**LEWISVILLE, TX 75029** | **TLC CARPET CLEANING INC**<br>**P O BOX 295607**<br>**LEWISVILLE, TX 75029** | **GOODS AND SERVICES** | | **1,385.27** |
| **TNT PAINTING INC**<br>**P O BOX 292692**<br>**LEWISVILLE, TX 75029** | **TNT PAINTING INC**<br>**P O BOX 292692**<br>**LEWISVILLE, TX 75029** | **GOODS AND SERVICES** | | **1,317.29** |
| **WESTERN STATES FIRE PROTECTION**<br>**2345 W WARRIOR TRAIL**<br>**GRAND PRAIRIE, TX 75052** | **WESTERN STATES FIRE PROTECTION**<br>**2345 W WARRIOR TRAIL**<br>**GRAND PRAIRIE, TX 75052** | **GOODS AND SERVICES** | | **1,044.61** |
| **DOMINGUEZ, LEONARDO**<br>**UNIT 831**<br>**1701 TOWNE CROSSING BLVD**<br>**MANSFIELD, TX 76063** | **DOMINGUEZ, LEONARDO**<br>**UNIT 831**<br>**1701 TOWNE CROSSING BLVD**<br>**MANSFIELD, TX 76063** | **SECURITY DEPOSIT** | | **1,000.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **GENEVA MULTI-FAMILY EXCHANGE XIV, LLC**                    Case No. _____
　　　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **UMOVEFREE APARTMENT LOCATORS** P O BOX 222089 DALLAS, TX 75222 | **UMOVEFREE APARTMENT LOCATORS** P O BOX 222089 DALLAS, TX 75222 | **GOODS AND SERVICES** | | **927.50** |
| **COYNE, MARTIN** UNIT 1217 1701 TOWNE CROSSING BLVD MANSFIELD, TX 76063 | **COYNE, MARTIN** UNIT 1217 1701 TOWNE CROSSING BLVD MANSFIELD, TX 76063 | **SECURITY DEPOSIT** | | **925.00** |
| **LAVETAS MAID SERVICE INC** P O BOX 473062 GARLAND, TX 75047 | **LAVETAS MAID SERVICE INC** P O BOX 473062 GARLAND, TX 75047 | **GOODS AND SERVICES** | | **882.24** |
| **JACKSON, ISAAC** UNIT 1035 1701 TOWNE CROSSING BLVD MANSFIELD, TX 76063 | **JACKSON, ISAAC** UNIT 1035 1701 TOWNE CROSSING BLVD MANSFIELD, TX 76063 | **SECURITY DEPOSIT** | | **829.00** |
| **LEXISNEXIS SCREENING SOLUTIONS** P O BOX 7247-7782 PHILADELPHIA, PA 19170 | **LEXISNEXIS SCREENING SOLUTIONS** P O BOX 7247-7782 PHILADELPHIA, PA 19170 | **GOODS AND SERVICES** | | **789.18** |
| **ROBINSON, ARYNNE** UNIT 1328 1701 TOWNE CROSSING BLVD MANSFIELD, TX 76063 | **ROBINSON, ARYNNE** UNIT 1328 1701 TOWNE CROSSING BLVD MANSFIELD, TX 76063 | **SECURITY DEPOSIT** | | **750.00** |
| **AUSTIN, GARY** UNIT 536 1701 TOWNE CROSSING BLVD MANSFIELD, TX 76063 | **AUSTIN, GARY** UNIT 536 1701 TOWNE CROSSING BLVD MANSFIELD, TX 76063 | **SECURITY DEPOSIT** | | **725.00** |
| **KHOMEJANI, EBRAHIM** UNIT 927 1701 TOWNE CROSSING BLVD MANSFIELD, TX 76063 | **KHOMEJANI, EBRAHIM** UNIT 927 1701 TOWNE CROSSING BLVD MANSFIELD, TX 76063 | **SECURITY DEPOSIT** | | **715.00** |
| **KIM, LAYOUN** UNIT 637 1701 TOWNE CROSSING BLVD MANSFIELD, TX 76063 | **KIM, LAYOUN** UNIT 637 1701 TOWNE CROSSING BLVD MANSFIELD, TX 76063 | **SECURITY DEPOSIT** | | **715.00** |
| **SHUMAN, OSTIN** UNIT 1137 1701 TOWNE CROSSING BLVD MANSFIELD, TX 76063 | **SHUMAN, OSTIN** UNIT 1137 1701 TOWNE CROSSING BLVD MANSFIELD, TX 76063 | **SECURITY DEPOSIT** | | **705.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **GENEVA MULTI-FAMILY EXCHANGE XIV, LLC**  Case No. _____
                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CHIEF MANAGER of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 5, 2011**             Signature  **/s/ DUANE H. LUND**
                                              **DUANE H. LUND**
                                              **CHIEF MANAGER**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# WRITTEN ACTION BY BOARD OF DIRECTORS OF
# GENEVA MULTI-FAMILY EXCHANGE XIV, LLC TAKEN WITHOUT A MEETING

The undersigned, the sole governor of Geneva Multi-Family Exchange XIV, LLC, a Minnesota limited liability company (the "Company") acting pursuant to Minnesota Statute Section 322B.656, does hereby certify that the following is a true, correct and complete copy of the resolutions duly adopted by the Board of Governors and Member of Geneva Multi-Family Exchange XIV, LLC, with respect to the filing of a petition under Chapter 11 and hereby adopts the following resolutions by consent in writing:

WHEREAS, the Articles of Incorporation and/or Bylaws of the Company provides that any action permitted to be taken at a meeting of the Board of Directors may be taken by written action signed by the number of directors that would be required to take such action at a meeting of the Board of Directors at which all directors are present; and

WHEREAS, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

RESOLVED, that the chief manager of Geneva Multi-Family Exchange XIV, LLC is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the Company and are further authorized to execute and deliver all documents necessary during the administration of the bankruptcy case;

RESOLVED, that the chief manager of Geneva Multi-Family Exchange XIV, LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds on behalf of the Company as are necessary and appropriate in connection with the administration of the bankruptcy case;

RESOLVED, that Geneva Multi-Family Exchange XIV, LLC is authorized and directed to employ Michael L. Meyer, attorney and the law firm of Ravich Meyer Kirkman McGrath Nauman & Tansey, A Professional Association, to represent the Company in such bankruptcy case, and is authorized and directed to employ any other professionals needed to assist the Company in fulfilling its duties as a chapter 11 debtor;

RESOLVED, that Geneva Multi-Family Exchange XIV, LLC be and is authorized and directed to take any and all action necessary to carry out the intent of the foregoing resolutions and to perform the Company's obligations that arise as a result of the foregoing resolutions.

The above action is taken without a meeting by authorization in writing signed by the number of members of the Board of Directors require to take the same action at a meeting of the Board of Directors at which all members are present.

This action is to be effective as of July 5, 2011.

Duane H. Lund, Sole Governor of
Geneva Multi-Family Exchange XIV, LLC

{00024254 }

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

GENEVA MULTI-FAMILY EXCHANGE XIV, LLC
Debtor(s).

**SIGNATURE DECLARATION**

Case No. _____

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☒ OTHER (Please describe: **EMERGENCY PETITION** )

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: July 5, 2011

X _____
Signature of Debtor or Authorized Representative

**DUANE H. LUND**
Printed Name of Debtor or Authorized Representative

X _____
Signature of Joint Debtor

_____
Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy